No. A–725. CLAIBORNE, UNITED STATES DISTRICT JUDGE v. UNITED STATES. Application to stay proceedings in the United States District Court for the District of Nevada, presented to JUSTICE WHITE, and by him referred to the Court, denied.

MARCH 19, 1984

No. 83–640. TEXAS v. KVUE–TV, INC., ET AL. Affirmed on appeal from C. A. 5th Cir. JUSTICE REHNQUIST, JUSTICE STEVENS, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 83–880. JOHNSON v. SCHERMERHORN ET AL. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1190. ATHENS LUMBER CO., INC., ET AL. v. FEDERAL ELECTION COMMISSION ET AL. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1265. DENARDO v. JOHNSTONE, JUDGE, ALASKA JUDICIAL COUNCIL, ET AL. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6166. POPE ET AL. v. JOLIET FEDERAL SAVINGS & LOAN ASSN. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6202. TAYLOR v. UNITED STATES. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.